# UNITED STATES DISTRICT COURT FOR THE

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Marites Perez, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br> vs.<br><br><br>It Works Marketing, Inc.,<br><br>    Defendant. | Case No. 3:23-cv-04829-TLT<br><br>[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL<br><br><br><br>Action Filed:  July 19, 2023<br>Trial Date:  None Set |

**[PROPOSED] ORDER**

After considering Plaintiff's Request for Dismissal of Action, filed on January 14, 2026, IT IS HEREBY ORDERED that the complaint and any and all claims for relief in the above referenced matter in the United States District Court, in the Northern District of California, Case No. 3:23-cv-04829-TLT is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: January 15, 2026          By: _____
                                       Judge Trina L. Thompson
                                       United States District Judge